# United States District Court

## EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

**LASCELLES RATTRAY,**

Plaintiff,

V.                                        CASE NUMBER: **07-C-916**

**LIPPMANN-MILWAUKEE, INC.,**

Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment on the plaintiff's allegations in his second amended complaint of race discrimination in violation of Title VII, and for hostile work environment and retaliation under 42 U.S.C. § 1981, is GRANTED.**

**This action is hereby DISMISSED.**

| **March 5, 2009** | **JON W. SANFILIPPO** |
|---|---|
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |